THE HONORABLE RONALD B. LEIGHTON

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE BEARDSHEAR, and ACCESS NOW, INC., a Florida non-profit Corporation;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF VANCOUVER, a municipal Corporation,<br><br>　　　　　Defendant. | No. 3:06-cv-05616-RBL<br><br>ORDER GRANTING STIPULATED MOTION ALLOWING DEFENDANT CITY OF VANCOUVER TO FILE A FIRST AMENDED ANSWER TO PLAINTIFFS' AMENDED COMPLAINT |

**ORDER GRANTING STIPULATED MOTION**

This Cause is before the Court upon the parties Stipulated Motion for an Order Allowing Defendant City of Vancouver to File a First Amended Answer to Plaintiffs' Amended

ORDER GRANTING STIP. MOT. ALLOWING DEF. TO FILE FIRST AMEND. ANS. TO PLS. AMEND. COMPL. - 1

David W. Christel Attorney at Law, PC
105 W. Evergreen Blvd., Suite 200
PO Box 61983
Vancouver, WA 98666-1983
(360) 993-1200

1

2  Complaint ("Stipulated Motion"), and the Court, having noted the pertinent portions of the

3  record and being otherwise fully advised in the premises, it is hereby

4      ORDERED AND ADJUDGED as follows:

5      The parties' Stipulated Motion is GRANTED.  Defendant shall file its First Amended

6  Answer to Plaintiffs' Amended Complaint within seven (7) days of this Order.

7      Dated this 14th day of May, 2007.

8

9

10

11      _____
    RONALD B. LEIGHTON
12      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIP. MOT.
ALLOWING DEF. TO FILE FIRST AMEND.
ANS. TO PLS. AMEND. COMPL. - 2

David W. Christel Attorney at Law, PC
105 W. Evergreen Blvd., Suite 200
PO Box 61983
Vancouver, WA 98666-1983
(360) 993-1200

1

2   Respectfully submitted this 11th day of May, 2007 by:

3   s/ Charles. A. Isely_____
    Charles A. Isely, WSBA #34130
4   Attorney for Defendant
5   David W. Christel Attorney at Law, PC
    105 W. Evergreen Blvd., Suite 200
6   PO Box 61983
    Vancouver, WA 98666-1983
7   Telephone: 360.993.1200
    Facsimile: 360.567.0165
8   Email: charles@sclawllp.com

9   s/ Stephan M. Nitz_____
    Stephan N. Nitz, Florida BAR #45561
10  Schwartz Zweben & Slingbaum, LLP
11  Attorney for Plaintiffs
    3876 Sheridan Street
12  Hollywood, FL 33021
    Telephone: 954.966.2483
13
    Facsimile: 954.966.2566
14  Email: snitz@szalaw.com

15  s/ Catherine Chaney_____
    Catherine Chaney, WSBA #21405
16  Law Office of Catherine Chaney
17  119 First Ave. South, Suite 500
    Seattle, WA 98104
18  Telephone: 206.343.7642
    Facsimile: 206.621.1256
19  Email: cchaney@msn.com

20

21

22

23

ORDER GRANTING STIP. MOT.
ALLOWING DEF. TO FILE FIRST AMEND.
ANS. TO PLS. AMEND. COMPL. - 3

David W. Christel Attorney at Law, PC
105 W. Evergreen Blvd., Suite 200
PO Box 61983
Vancouver, WA 98666-1983
(360) 993-1200