THE HONORABLE RONALD B. LEIGHTON

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE BEARDSHEAR, and ACCESS NOW, INC., a Florida non-profit Corporation;<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY OF VANCOUVER, a municipal Corporation,<br><br>    Defendant. | No. 3:06-cv-05616-RBL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE FOR DEFENDANT CITY OF VANCOUVER |

**ORDER GRANTING STIPULATED MOTION**

This Cause is before the Court upon the parties Stipulated Motion for an Order Extending the Expert Disclosure Deadline for Defendant City of Vancouver ("Stipulated

STIP. ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE FOR
DEF. CITY OF VANCOUVER - 1

TED H. GATHE
CITY ATTORNEY
210 E. 13TH STREET
VANCOUVER, WA  98668
(360) 696-8251

1

2   Motion"), and the Court, having noted the pertinent portions of the record, and being otherwise

3   fully advised in the premises, it is hereby

4       ORDERED AND ADJUDGED as follows:

5       The parties' Stipulated Motion is GRANTED for good cause.  Defendant shall submit

6   its expert disclosures by July 16, 2007.

7       DATED this 24th day of May, 2007.

8

9

10   _____
    RONALD B. LEIGHTON

11       UNITED STATES DISTRICT JUDGE

12   Respectfully submitted this 18th day of May, 2007 by:

13   s/ LeAnn McDonald_____
LeAnn McDonald, WSBA#16182

14   Assistant City Attorney
Attorney for Defendant City of Vancouver

15   210 East 13th Street
PO Box 1995

16   Vancouver, WA 98668-1995
Telephone: 360.696.8251

17   Facsimile: 360.696.8250

18   Email: leann.mcdonald@ci.vancouver.wa.us

19   s/ Charles. A. Isely_____
Charles A. Isely, WSBA #34130

20   Attorney for Defendant
David W. Christel Attorney at Law, PC

21   105 W. Evergreen Blvd., Suite 200
PO Box 61983

22   Vancouver, WA 98666-1983
Telephone: 360.993.1200

23   Facsimile: 360.567.0165
Email: charles@sclawllp.com

STIP. ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE FOR

DEF. CITY OF VANCOUVER - 2

TED H. GATHE
CITY ATTORNEY
210 E. 13TH STREET
VANCOUVER, WA  98668
(360) 696-8251

1

2

3  s/ Stephan M. Nitz _____
   Stephan N. Nitz, Florida BAR #45561

4  Schwartz Zweben & Slingbaum, LLP
   Attorney for Plaintiffs

5  3876 Sheridan Street
   Hollywood, FL 33021

6  Telephone: 954.966.2483
   Facsimile: 954.966.2566

7  Email: snitz@szalaw.com

8  s/ Catherine Chaney _____
   Catherine Chaney, WSBA #21405

9  Law Office of Catherine Chaney

10 119 First Ave. South, Suite 500
   Seattle, WA 98104

11 Telephone: 206.343.7642
   Facsimile: 206.621.1256

12 Email: cchaney@msn.com

13

14

15

16

17

18

19

20

21

22

23

STIP. ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE FOR

DEF. CITY OF VANCOUVER - 3

TED H. GATHE
CITY ATTORNEY
210 E. 13TH STREET
VANCOUVER, WA 98668
(360) 696-8251